UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE PRATER, : | |
|     Petitioner, : | |
| : | |
| v. : | No. 2:24-cv-3298 |
| : | |
| JOHN SAWTELLE, : | |
| THE DISTRICT ATTORNEY FOR THE : | |
| COUNTY OF PHILADELPHIA, and : | |
| THE ATTORNEY GENERAL FOR THE : | |
| STATE OF PENNSYLVANIA, : | |
|     Respondents. : | |

## O R D E R

**AND NOW,** this 6th day of August, 2025, after *de novo* review of the Petition for Writ of Habeas Corpus, ECF No. 2, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, ECF No. 28, and Petitioner's Objections thereto, ECF No. 29, and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT:**

1. The Report and Recommendation, ECF No. 28, is **APPROVED and ADOPTED**.

2. The Objections, ECF No. 29, to the Report and Recommendation are **OVERRULED**.[1]

---

[1] When objections to a report and recommendation have been filed, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); *Sample v. Diecks*, 885 F.2d 1099, 1106 n.3 (3d Cir. 1989); *Goney v. Clark*, 749 F.2d 5, 6-7 (3d Cir. 1984). The "court may accept, reject, or modify, in whole or in part, the findings and recommendations" contained in the report. 28 U.S.C. § 636(b)(1)(C). "District Courts, however, are not required to make any separate findings or conclusions when reviewing a Magistrate Judge's recommendation de novo

3. The Petition for Writ of Habeas Corpus, ECF No. 2, is **DENIED**.

4. There is no basis for the issuance of a certificate of appealability.

5. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

under 28 U.S.C. § 636(b)." *Hill v. Barnacle*, No. 15-3815, 2016 U.S. App. LEXIS 12370, at *16-17 (3d Cir. 2016).