UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE PRATER,<br>Petitioner,<br><br>v.<br><br>JOHN SAWTELLE,<br>THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA, and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,<br>Respondents. | No. 2:24-cv-3298 |

**ORDER**

**AND NOW**, this 23rd day of November, 2026, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motions for Relief Pursuant to Federal Rule of Civil Procedure 60(b), ECF Nos. 35 & 36, are **DISMISSED and DENIED**.

2. To the extent the Motions, ECF Nos. 35 & 36, are construed as successive petitions under 28 U.S.C. § 2254, a certificate of appealability is **DENIED**.

3. This case remains **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge